D. EDWARD HAYS, #162507
ehays@marshackhays.com
KRISTINE A. THAGARD, #094401
kthagard@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 30 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY duarte    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13864-ES |
| FRIENDLY VILLAGE GP, LLC, | Chapter 7 |
| Debtor. | ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING USE OF ESTATE PROPERTY UNDER 11 U.S.C. § 363 TO SIGN SALE DOCUMENTS |
| | [MOTION - DOCKET NO. 147] |
| | <u>Hearing</u><br>Date: December 19, 2019<br>Time: 10:30 a.m.<br>Ctrm: 5A<br>Location: United States Bankruptcy Court<br>411 W. Fourth Street<br>Santa Ana, CA 92701-4593 |

The motion for order authorizing use of estate property under 11 U.S.C. § 363 to sign sale documents ("Motion"),[1] filed by Richard A. Marshack, Chapter 7 Trustee ("Trustee"), on November 26, 2019, as Docket No. 147, came on for hearing on December 19, 2019, at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge, presiding. Appearances were excused.

---

[1] All terms not defined in this order shall have the meaning ascribed to them in the Motion.

1

4825-1570-6030, v. 1

The Court has read and considered the Motion, has found that proper notice has been given, and has found that no opposition to the Motion was filed. For the reasons set forth in the Motion and the Court's tentative ruling, attached here as Exhibit 1, the Court has found good cause to grant the Motion.

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Trustee is authorized to sign, as the authorized representative for the Debtor in its capacity as general partner for FV LP, the Sale Documents effectuating any sale of the Property which is approved by the Court in the FV LP bankruptcy case.

### 

Date: December 30, 2019

Erithe Smith
United States Bankruptcy Judge

4825-1570-6030, v. 1